UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TROY PHILIPS,

                              Plaintiff,

-against-                                      19 **CIVIL** 2019 (CS)

                                                    **JUDGMENT**

C.O. DONNY SMITH, C.O. OSCAR REBOLLO,
and C.O. SALVATORE FICAROTTA,

                              Defendants.

------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 15, 2021, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

        September 16, 2021

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                              **BY:**

                                                    **Deputy Clerk**